ATTORNEY GRIEVANCE COMMISSION   *   IN THE COURT OF APPEALS
OF MARYLAND                                       *    OF MARYLAND
                                                            *
     Petitioner                       *
v.                                                         *   Misc. Docket AG
                                                            *   No. 65
L. MICHAEL SCHAECH                   *   September Term, 2016

     Respondent

## **ORDER**

The Court of Appeals of Maryland, having considered the Joint Petition For Indefinite Suspension By Consent with the Right to Apply for Reinstatement in 120 Days, filed by Petitioner, the Attorney Grievance Commission of Maryland, and Respondent, Louis Michael Schaech, Esquire, it is this 10th day of April, 2017;

ORDERED, that Louis Michael Schaech be, and hereby is, Indefinitely Suspended from the practice of law in the State of Maryland with the right to apply for reinstatement no sooner than one hundred twenty (120) days from the effective date of his indefinite suspension for violating Maryland Lawyers' Rules of Professional Conduct 8.4(c) and 8.4(d); and it is further,

ORDERED, that Respondent's indefinite suspension shall become effective on June 1, 2017; and it is further,

ORDERED, that, the Clerk of this Court shall remove the name of Louis Michael Schaech from the register of attorneys in the Court, effective June 1, 2017, and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-742(a)(1), and comply with the notice provisions set forth in Maryland Rule 19-761(b).

/s/ Clayton Greene Jr.
Senior Judge